**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

HARFORD COUNTY BRANCH of the, NAACP, et al., *

Plaintiffs, *

v. * Case No.: 1:26-CV-00239-JMC

SHERIFF JEFFREY GAHLER, et al. *

Defendants *

* * * * * * * * * * * * *

**ORDER GRANTING LEAVE TO AMEND**

Upon consideration of Plaintiffs' unopposed Motion to Amend by Interlineation Damages Against the State of Maryland and to Allow Responsive Motion to Dismiss, it is this 28th day of October 2026 hereby **ORDERED** that:

1. The Motion is GRANTED; and
2. The Amended Complaint (Dkt. 77) is hereby amended by interlineation to read as follows:
   a. Paragraph D of Plaintiffs' Prayer for Relief shall read "Award compensatory damages to Plaintiff Charles Morris in an amount to be determined by the jury, jointly and severally, against Harford County, **the State of Maryland,** Sheriff Gahler in his individual capacity, and Warden Galbraith in his individual capacity;".
   b. Paragraph E of Plaintiffs' Prayer for Relief shall read "Award nominal damages of $1 to Plaintiff NAACP jointly and severally, against Harford County, **the**

**State of Maryland,** Sheriff Gahler in his individual capacity, and Warden Galbraith in his individual capacity;".

The remainder of the Amended Complaint is unchanged and shall remain the operative document, as amended by this Order.

3. Defendant the State of Maryland shall file a supplement or additional brief regarding Plaintiffs' damages claims under the ADA and Rehabilitation Act by November 12, 2026.

4. Plaintiffs shall file their Opposition to the State of Maryland's Motion to Dismiss by November 30, 2026.

/s/

J. Mark Coulson
United States Magistrate Judge

APPROVED